June 14, 2018

## UNITED STATES BANKRUPTCY COURT

U.S. BANKRUPTCY COURT
FILED
CAMDEN, NJ

2018 JUN 14 P 3: 35

JEANNE A. NAUGHTON

BY:_____
DEPUTY CLERK

Case No.: 18-15336-JNP
Chapter 13
Judge: Jerrold N. Poslusny Jr.

In Re:
    KENNETH E. WRIGHT
    KENNETH WRIGHT, D/B/A THE WOOD DOCTOR

---

Dear Judge Poslusny:

Please accept this request in lieu of a more formal brief or motion. I am requesting an adjournment for the Motion for relief from Automatic Stay hearing submitted by U.S. Bank National Association, as Trustee originally scheduled for June 19, 2018. The original date was rescheduled to June 12, 2018, by the Court. I submitted a request for an adjournment and it appears you granted the request. However, the Motion was moved back to its original date of June 19, 2018. I am requesting the hearing be rescheduled for June 26, 2018 or July 03, 2018. The request is being made in good faith in order to submit an objection to the other party. In addition, as I expressed to the Court, due to exceptional circumstances regarding various Stay violations, I needed more time to attend to this matter.

Judge Poslusny, I thank you in advance for your consideration in this matter.

Respectfullly submitted,    *without Prejudice UCC 1-308*

BY _____*Wright, Kenneth Everett*_____ © Agent

Without prejudice UCC 1-308

CERTIFIED MAIL NUMBER 7017 0660 0000 7850 5921

1