**NJID 810511**
PHELAN HALLINAN DIAMOND & JONES, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
856-813-5500
<u>Attorneys for SETERUS, INC., AS AUTHORIZED SUBSERVICER FOR FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE"), A CORPORATION ORGANIZED AND EXISTING UNDER THE LAWS OF THE UNITED STATES OF AMERICA</u>

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| KENNETH E. WRIGHT A/K/A KENNETH WRIGHT D/B/A THE WOOD DOCTOR | : CASE NO. 18-15336-JNP |
| Debtor(s) | **: NOTICE OF MOTION FOR**<br>**: RELIEF FROM AUTOMATIC**<br>**: STAY PURSUANT TO 11 USC**<br>**: SECTION 362(d)** |

| | |
|---|---|
| KENNETH E. WRIGHT A/K/A KENNETH WRIGHT D/B/A THE WOOD DOCTOR, PRO SE<br>432 WEST AVENUE<br>OCEAN CITY, NJ 08226 | ISABEL C. BALBOA<br>CHAPTER 13 STANDING TRUSTEE<br>CHERRY TREE CORPORATE CENTER<br>535 ROUTE 38 - SUITE 580<br>CHERRY HILL, NJ 08002 |
| KENNETH E. WRIGHT A/K/A KENNETH WRIGHT D/B/A THE WOOD DOCTOR, PRO SE<br>424 WEST AVENUE<br>OCEAN CITY, NJ 08226 | U.S. TRUSTEE<br>US DEPT OF JUSTICE<br>OFFICE OF THE US TRUSTEE<br>ONE NEWARK CENTER STE 2100<br>NEWARK, NJ 07102 |
| FAY DAVIS WRIGHT<br>424 WEST AVENUE<br>OCEAN CITY, NJ 08226 | |

PLEASE TAKE NOTICE that on 07/31/2018 @10:00AM or as soon as counsel may be heard, the undersigned attorney for the secured creditor will move before the United States Bankruptcy Court, FOURTH FLOOR, CAMDEN, New Jersey for an Order Vacating the Automatic Stay with respect to property located at 424 WEST AVENUE, OCEAN CITY, NJ 08226 and allowing SETERUS, INC., AS AUTHORIZED SUBSERVICER FOR FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE"), A CORPORATION ORGANIZED AND EXISTING UNDER THE LAWS OF THE UNITED STATES OF AMERICA to continue its contractual remedies or other remedies

that may be available under state law, by reason of failure of the debtor to make regular monthly mortgage payments outside the Chapter 13 Plan.

**PLEASE TAKE FURTHER NOTICE**, that in support of the within Motion, the Movant will rely upon the Certification in Support and the proposed Order submitted herewith, as well as, oral arguments, if necessary. Pursuant to D.N.J. LBR 9013-2, Movant states that no brief or memorandum of law is necessary because of the absence of novel or complex questions of law. However, if responsive papers are filed in opposition to the Motion, the Movant reserves the right to respond to any issues of law raised therein in the form of a brief or a memorandum of law.

Dated: June 18, 2018

/s/ Sherri J. Smith
Sherri J. Smith, Esq.
Phelan Hallinan Diamond & Jones, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
Tel: 856-813-5500 Ext. 47923
Fax: 856-813-5501
Email: Sherri.Smith@phelanhallinan.com