| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY | |

**McCABE, WEISBERG & CONWAY, LLC**
**By: Alexandra T. Garcia, Esq. (Atty.**
**I.D.#ATG4688)**
**216 Haddon Avenue, Suite 201**
**Westmont, NJ 08108**
**856-858-7080**
Attorneys for Movant: U.S. Bank National Association, as Trustee, successor in Interest to Wilmington Trust Company, as Trustee, successor in Interest to Bank of America National Association, as Trustee, successor by Merger to LaSalle Bank National Association, as Trustee for Lehman XS Trust Mortgage Pass-Through Certificates, Series 2007-6

Order Filed on July 3, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey

IN re:

Kenneth E. Wright aka Kenneth Wright dba The Wood Doctor
     Debtor

Case No.: 18-15336-JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

## ORDER VACATING STAY

The relief set forth on the following pages, number two (2) through two (2) is hereby

**ORDERED**

DATED: July 3, 2018

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor:  Kenneth E. Wright aka Kenneth Wright dba The Wood Doctor
Case No: 18-15336-JNP
Caption of Order:  ORDER VACATING STAY

Upon the motion of **U.S. Bank National Association, as Trustee, successor in Interest to Wilmington Trust Company, as Trustee, successor in Interest to Bank of America National Association, as Trustee, successor by Merger to LaSalle Bank National Association, as Trustee for Lehman XS Trust Mortgage Pass-Through Certificates, Series 2007-6**, or its successors or assignees, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) or appropriate jurisdiction to pursue the movant's rights in the following:

&#x2612;      Real property more fully described as:

    434 West Avenue, Ocean City, New Jersey 08226

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its states court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale, or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its rights to possession of the property

&#x2610;      Personal property more fully described as:



It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this Order on the Debtor, any Trustee and any other party who entered an appearance on the motion.